Application granted. Defendants' time to respond to answer or otherwise respond to the complaint is extended to January 7, 2027. The initial pretrial conference originally scheduled for November 18, 2026, is adjourned until February 16, 2027 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's August 11, 2026 order are due no later than February 9, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: September 30, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

**MEMORANDUM ENDORSED**

**STEVEN BANKS**
***Corporation Counsel***

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Courtney M. Soliday**
*Special Assistant Corporation Counsel*
Office: (212) 356-8761

September 28, 2026

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

*Re:* *T.C. et al. v. N.Y.C. Dep't of Educ. et al.,* 26-cv-6770 (GHW)

Dear Judge Woods:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendants in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write to respectfully request a (a) 90-day extension of Defendants' time to respond to the Complaint, from October 9, 2026 to January 7, 2027, and (b) a 90-day extension of the parties' initial pretrial conference, from November 18, 2026 to February 16, 2027. Plaintiffs consent to this request. This is Defendants' first request for an extension of these deadlines. The requested extensions will give Defendants' counsel time to complete the City's internal review process, begin settlement negotiations and hopefully resolve this matter without the need for a conference or motion practice. This office has settled the majority of the similar IDEA fees-only cases brought by plaintiffs represented by the Hyman firm in recent years without the need to burden the court with any motion practice, and often without the need to attend conferences or to file an Answer. The parties are hopeful that this matter will follow the same course.

Thus, Defendants respectfully requests that it's time to respond to the Complaint be extended to January 7, 2027 and the parties' initial pretrial conference be extended to February 16, 2027.

Thank you for considering this request.

Respectfully submitted,
*/s/ Courtney M. Soliday*
Courtney M. Soliday, Esq.
Special Assistant Corporation Counsel

cc: Laura Dawn Barbieri, Esq. (via ECF)